# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

156843

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANDREW FARLEY, JR.,
      Defendant-Appellant.

SC: 156843
COA: 331302
Genesee CC: 15-037130-FC

_____/

By order of May 29, 2018, the application for leave to appeal the October 31, 2017 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Beck* (Docket No. 152934) and *People v Dixon-Bey* (Docket No. 156746).  On order of the Court, *Beck* having been decided on July 29, 2019, 504 Mich ___ (2019), and leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered.  Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Beck*.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



Clerk

b1021